JENNIE C. MILLS, Respondent, *v.* JOHN W. MILLS, Appellant.

*Appeal from order affirming order adjudging defendant in contempt and punishing therefor, dismissed.*

*Mills* v. *Mills*, 190 App. Div. 935, appeal dismissed.

(Submitted June 1, 1920; decided June 8, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1920, which affirmed an order of Special Term adjudging defendant in contempt for failure to obey the terms of a final decree of divorce and committing him to jail until he pay a fine imposed as punishment therefor.

*Frank Cooper* and *John R. Parker* for appellant.

*Charles C. Sanders* and *James M. Vincent* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.